UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACUMENTRICS CORPORATION,

   Plaintiff,

   v.

GENERAL DYNAMICS CORPORATION
and GENERAL DYNAMICS C4 SYSTEMS,
INC.,

   Defendants.

Civil Action No. 04-10143-GAO

## CORPORATE DISCLOSURE STATEMENT OF GENERAL DYNAMICS C4 SYSTEMS, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, defendant General Dynamics C4 Systems ("GDC4S") hereby discloses that it is owned by General Dynamics Government Systems Corporation, which is owned by General Dynamics Corporation. GDC4S further discloses that General Dynamics Corporation is a publicly held corporation that owns 10% or more of GDC4S stock.

FHBoston/1026137.1

Respectfully submitted,

GENERAL DYNAMICS CORPORATION
and
GENERAL DYNAMICS C4
SYSTEMS, INC.,

By its attorneys,

_____
Michael P. Boudett, BBO No. 558757
Carter D. Morse, Jr., BBO No. 636645
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210-2600
(617) 832-1000

Dated:  March 24, 2004

### CERTIFICATE OF SERVICE

I, Carter D. Morse, Jr., hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by HAND DELIVERY on March 24, 2004.

_____
Carter D. Morse, Jr.