UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACUMENTRICS CORPORATION,

Plaintiff,

v.

GENERAL DYNAMICS CORPORATION
and GENERAL DYNAMICS C4 SYSTEMS,
INC.,

Defendants.

Civil Action No. 04-10143-GAO

## CORPORATE DISCLOSURE STATEMENT OF GENERAL DYNAMICS CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, defendant General Dynamics Corporation hereby discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of General Dynamics Corporation stock.

Respectfully submitted,

GENERAL DYNAMICS CORPORATION
and
GENERAL DYNAMICS C4
SYSTEMS, INC.,

By its attorneys,

Michael P. Boudett, BBO No. 558757
Carter D. Morse, Jr., BBO No. 636645
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Dated: March 24, 2004

FHBoston/1026138.1

## CERTIFICATE OF SERVICE

I, Carter D. Morse, Jr., hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by HAND DELIVERY on March 24, 2004.

_____
Carter D. Morse, Jr.