UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUMENTRICS CORPORATION,<br>Plaintiff<br><br>v.<br><br>GENERAL DYNAMICS CORPORATION<br>and GENERAL DYNAMICS C4<br>SYSTEMS, INC.,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 04-10143-GAO

## ANSWER OF ACUMENTRICS CORPORATION TO COUNTERCLAIMS OF GENERAL DYNAMICS C4 SYSTEMS, INC.

Plaintiff Acumentrics Corporation ("Acumentrics") in the above-captioned action hereby answers the allegations of General Dynamics C4 Systems ("GDC4S") contained in the Counterclaims section ("Counterclaim") of the *Answer of General Dynamics Corporation and General Dynamics C4 Systems, Inc. and Counterclaims of General Dynamics C4 Systems, Inc.*

Parties

1.    Acumentrics admits the allegations set forth in Paragraph 1 of the Counterclaim.

2.    Acumentrics admits the allegations set forth in Paragraph 2 of the Counterclaim.

1

Facts

3.  The allegations set forth in Paragraph 3 of the Counterclaim state legal conclusions to which no response is necessary.

Breach of CHS-2 Contract Obligations

4.  Acumentrics is without sufficient knowledge or information either to admit or deny the allegations set forth in Paragraph 4 of the Counterclaim.

5.  Acumentrics admits that in October 1995, it agreed to supply its 1-kW UPS product to GDC4S' predecessor. Further answering, Acumentrics states that the agreement speaks for itself. Acumentrics is without sufficient knowledge or information either to admit or deny the remaining allegations set forth in Paragraph 5 of the Counterclaim.

6.  The Agreement of Subcontract referenced in Paragraph 6 of the Counterclaim speaks for itself. Further answering, Acumentrics admits that in August 1997, it agreed to supply its 1-kW UPS product to GDC4S' predecessor and to provide related services in the form a warranty. Acumentrics otherwise denies the allegations contained in Paragraph 6 of the Counterclaim.

7.  The Agreement of Subcontract referenced in Paragraph 7 of the Counterclaim speaks for itself.

8.  The Agreement of Subcontract referenced in the first sentence of Paragraph 8 of the Counterclaim speaks for itself. Acumentrics admits the allegations set forth in the second sentence of Paragraph 8 of the Counterclaim.

9.  The Agreement of Subcontract referenced in Paragraph 9 of the Counterclaim speaks for itself.

2

10.    Acumentrics is without sufficient knowledge or information either to admit or deny the allegations set forth in Paragraph 10 of the Counterclaim.

11.    The Letter of Agreement referenced in the first sentence of Paragraph 8 of the Counterclaim speaks for itself. Acumentrics denies the allegations set forth in the second sentence of Paragraph 11 of the Counterclaim.

12.    The Letter of Agreement referenced in Paragraph 12 of the Counterclaim speaks for itself.

13.    Acumentrics admits that it provided GD Communications Systems with a technical data package containing confidential UPS drawings and data pursuant to a technology escrow agreement. Acumentrics denies the remaining allegations set forth in Paragraph 13 of the Counterclaim.

14.    Acumentrics is without sufficient knowledge or information either to admit or deny the allegations set forth in Paragraph 14 of the Counterclaim.

15.    Acumentrics is without sufficient knowledge or information either to admit or deny the allegations set forth in Paragraph 15 of the Counterclaim.

16.    Acumentrics is without sufficient knowledge or information either to admit or deny the allegations set forth in Paragraph 16 of the Counterclaim.

17.    The Subcontract Amendment referenced in Paragraph 17 of the Counterclaim speaks for itself.

18.    The Subcontract Amendment referenced in Paragraph 18 of the Counterclaim speaks for itself.

19.    Acumentrics admits that GDC4S submitted a purchase order to Acumentrics in the amount of $2,018,690.02 and that GDC4S prepaid a substantial

portion of this amount pursuant to the purchase order. Acumentrics denies the remaining allegations set forth in Paragraph 19 of the Counterclaim.

20.     Acumentrics denies the allegations set forth in Paragraph 20 of the Counterclaim.

21.     Acumentrics denies the allegations set forth in Paragraph 21 of the Counterclaim.

Breach of CHS-3 Obligations

22.     Acumentrics denies the allegations set forth in Paragraph 22 of the Counterclaim.

23.     Acumentrics admits the allegations set forth in Paragraph 23 of the Counterclaim.

24.     Acumentrics admits that it requested GDC4S execute a letter of agreement. Acumentrics denies that it agreed to provide products to GDC4S in the event that GDC4S were awarded the CHS-3 contract.

25.     Acumentrics is without sufficient knowledge or information either to admit or deny the allegations set forth in Paragraph 25 of the Counterclaim.

26.     Acumentrics is without sufficient knowledge or information either to admit or deny the allegations set forth in Paragraph 26 of the Counterclaim.

27.     Acumentrics denies the allegations set forth in Paragraph 27 of the Counterclaim.

28.     Acumentrics is without sufficient knowledge or information either to admit or deny the allegations set forth in Paragraph 28 of the Counterclaim.

29.    The document referenced in Paragraph 29 of the Counterclaim speaks for itself.

30.    Acumentrics is without sufficient knowledge or information either to admit or deny the allegations set forth in Paragraph 30 of the Counterclaim.

31.    Acumentrics denies the allegations set forth in Paragraph 31 of the Counterclaim.

Delivery of Defective Fuel Cells

32.    The documents referenced in Paragraph 32 of the Counterclaim speak for themselves.

33.    Acumentrics denies the allegations set forth in Paragraph 33 of the Counterclaim.

34.    Acumentrics denies the allegations set forth in Paragraph 34 of the Counterclaim.

35.    Acumentrics denies the allegations set forth in the first sentence of Paragraph 35 of the Counterclaim. Acumentrics is without sufficient knowledge or information either to admit or deny the remaining allegations set forth in Paragraph 35 of the Counterclaim.

36.    Acumentrics admits that GDC4S ordered an analysis of fuel cells provided by Acumentrics and that GDC4S paid Acumentrics for this analysis.  Acumentrics otherwise denies the allegations set forth in Paragraph 36 of the Counterclaim.

37.    Acumentrics denies the allegations set forth in Paragraph 37 of the Counterclaim.

Failure to Deliver 7 Fuel Cells

38.    Acumentrics admits the allegations set forth in Paragraph 38 of the Counterclaim.

39.    Acumentrics denies the allegations set forth in Paragraph 39 of the Counterclaim.

40.    Acumentrics denies the allegations set forth in Paragraph 40 of the Counterclaim.

Solid State Energy Conversion Alliance Program

41.    Acumentrics admits the allegations set forth in Paragraph 41 of the Counterclaim.

42.    Acumentrics admits the allegations set forth in Paragraph 42 of the Counterclaim.

43.    Acumentrics denies the allegations set forth in Paragraph 43 of the Counterclaim.

44.    Acumentrics admits only that on or about April 25, 2003, the DOE informed Acumentrics that it had been selected for negotiation with the possibility of a partial contract award. Acumentrics denies the remaining allegations set forth in Paragraph 44 of the Counterclaim.

45.    Acumentrics admits the allegations set forth in Paragraph 45 of the Counterclaim.

46.    The draft press release referenced in Paragraph 46 of the Counterclaim speaks for itself.

47.    Acumentrics admits the allegations set forth in Paragraph 47 of the Counterclaim.

48.    Acumentrics admits that it offered to sell its UPS business to GDC4S to $11 Million and that GDC4S conducted its own preliminary analysis of value. Acumentrics denies the remaining allegations set forth in Paragraph 48 of the Counterclaim.

49.    Acumentrics admits the allegations set forth in Paragraph 49 of the Counterclaim.

50.    Acumentrics admits the allegations set forth in Paragraph 50 of the Counterclaim.

51.    Acumentrics denies the allegations set forth in Paragraph 51 of the Counterclaim.

52.    Acumentrics admits that GDC4S purchased 200 power conditioners from Acumentrics. Acumentrics is without sufficient knowledge or information either to admit or deny the number of power conditioners GDC4S claims remain in its inventory. Acumentrics denies the remaining allegations set forth in Paragraph 52 of the Counterclaim.

53.    Acumentrics denies the allegations set forth in Paragraph 53 of the Counterclaim.

54.    Acumentrics denies the allegations set forth in Paragraph 54 of the Counterclaim.

55.    Acumentrics admits that GDC4S remains an investor and alliance partner of Acumentrics' and admits that it this fact is disclosed on Acumentrics' website.

Acumentrics denies the remaining allegations set forth in Paragraph 55 of the Counterclaim including without limitation any allegation that Acumentrics committed "financial blackmail."

56.     Acumentrics admits that it has solicited offers from third parties to purchase the UPS business line.  Acumentrics denies the remaining allegations set forth in Paragraph 56 of the Counterclaim including without limitation any allegation that Acumentrics is guilty of extortion.

57.     Acumentrics denies the allegations set forth in Paragraph 57 of the Counterclaim.

<u>Count I</u>

<u>Breach of Contract—</u>
<u>Agreement of Subcontract, Letter of Agreement & Subcontract Amendment</u>

58.     Acumentrics incorporates its responses to Paragraphs 1 through 57 above as though fully set forth herein.

59.     Acumentrics denies the allegations set forth in Paragraph 59 of the Counterclaim.

60.     Acumentrics denies the allegations set forth in Paragraph 60 of the Counterclaim.

61.     Acumentrics denies the allegations set forth in Paragraph 61 of the Counterclaim.

62.     Acumentrics denies the allegations set forth in Paragraph 62 of the Counterclaim.

Count II

Breach of Contract – Agreement of Subcontract

63.    Acumentrics incorporates its responses to Paragraphs 1 through 62 above as though fully set forth herein.

64.    The 1997 Agreement of Subcontract referenced in Paragraph 64 of the Counterclaim speaks for itself.

65.    Acumentrics is without sufficient knowledge or information either to admit or deny the allegations set forth in Paragraph 65 of the Counterclaim.

66.    Acumentrics admits that during the course of its dealings since 1995 with GDC4S and its predecessors, Acumentrics would often repair or replace UPS products sold to GDC4S. Acumentrics otherwise denies the allegations set forth in Paragraph 66 of the Counterclaim.

67.    Acumentrics denies the allegations set forth in Paragraph 67 of the Counterclaim.

68.    Acumentrics denies the allegations set forth in Paragraph 68 of the Counterclaim.

69.    Acumentrics denies the allegations set forth in Paragraph 69 of the Counterclaim.

Count III

Breach of Contract – Letter of Agreement

70.    Acumentrics incorporates its responses to Paragraphs 1 through 69 above as though fully set forth herein.

71.    Acumentrics denies the allegations set forth in Paragraph 71 of the Counterclaim.

72.    Acumentrics admits the allegations set forth in Paragraph 72 of the Counterclaim.

73.    Acumentrics denies the allegations set forth in Paragraph 73 of the Counterclaim.

74.    Acumentrics denies the allegations set forth in Paragraph 74 of the Counterclaim.

75.    Acumentrics denies the allegations set forth in Paragraph 75 of the Counterclaim.

Count IV

Breach of Contract – Purchase Orders for 2 Fuel Cells

76.    Acumentrics incorporates its responses to Paragraphs 1 through 75 above as though fully set forth herein.

77.    Acumentrics admits that it agreed to provide two fuel cells. Acumentrics denies the remaining allegations set forth in Paragraph 77 of the Counterclaim.

78.    Acumentrics denies the allegations set forth in Paragraph 78 of the Counterclaim.

79.    Acumentrics admits the allegations set forth in Paragraph 79 of the Counterclaim.

80.    Acumentrics denies the allegations set forth in Paragraph 80 of the Counterclaim.

81.    Acumentrics denies the allegations set forth in Paragraph 81 of the Counterclaim.

82.    Acumentrics denies the allegations set forth in Paragraph 82 of the Counterclaim.

<u>Count V</u>

<u>Breach of Implied Warranty</u>

83.    Acumentrics incorporates its responses to Paragraphs 1 through 82 above as though fully set forth herein.

84.    Acumentrics without sufficient knowledge or information either to admit or deny the allegations set forth in Paragraph 84 of the Counterclaim.

85.    Acumentrics denies the allegations set forth in Paragraph 85 of the Counterclaim.

86.    Acumentrics denies the allegations set forth in Paragraph 86 of the Counterclaim.

87.    Acumentrics denies the allegations set forth in Paragraph 87 of the Counterclaim.

88.    Acumentrics denies the allegations set forth in Paragraph 88 of the Counterclaim.

<u>Count VI</u>

<u>Breach of Contract – Purchase Order for 7 Fuel Cells</u>

89.    Acumentrics incorporates its responses to Paragraphs 1 through 88 above as though fully set forth herein.

11

90. Acumentrics admits the allegations set forth in Paragraph 90 of the Counterclaim.

91. Acumentrics admits that GDC4S made a prepayment to Acumentrics in the amount of $630,000. Acumentrics otherwise denies the allegations set forth in Paragraph 91 of the Counterclaim.

92. Acumentrics denies the allegations set forth in Paragraph 92 of the Counterclaim.

93. Acumentrics denies the allegations set forth in Paragraph 93 of the Counterclaim.

Count VII

Breach of Contract – SECA

94. Acumentrics incorporates its responses to Paragraphs 1 through 93 above as though fully set forth herein.

95. Acumentrics admits the allegations set forth in Paragraph 95 of the Counterclaim.

96. Acumentrics denied the allegations set forth in Paragraph 96 of the Counterclaim.

97. Acumentrics admits the allegations set forth in Paragraph 97 of the Counterclaim.

98. Acumentrics denies the allegations set forth in Paragraph 98 of the Counterclaim.

99. Acumentrics denies the allegations set forth in Paragraph 99 of the Counterclaim.

100.    Acumentrics denies the allegations set forth in Paragraph 100 of the Counterclaim.

101.    Acumentrics denies the allegations set forth in Paragraph 101 of the Counterclaim.

102.    Acumentrics denies the allegations set forth in Paragraph 102 of the Counterclaim.

<u>Count VII</u>

<u>Declaratory Judgment – 2001 Letter of Agreement</u>

103.    Acumentrics incorporates its responses to Paragraphs 1 through 102 above as though fully set forth herein.

104.    The Letter of Agreement, including attachments, referenced in Paragraph 104 of the Counterclaim speaks for itself.

105.    Acumentrics denies the allegations set forth in Paragraph 105 of the Counterclaim.

106.    Acumentrics is without sufficient knowledge or information either to admit or deny the allegations set forth in Paragraph 106 of the Counterclaim.

107.    Acumentrics denies the allegations set forth in Paragraph 107 of the Counterclaim.

108.    Acumentrics denies the allegations set forth in Paragraph 108 of the Counterclaim.

<u>Count IX</u>

<u>Breach of Duty of Good Faith and Fair Dealing</u>

109.    Acumentrics incorporates its responses to Paragraphs 1 through 108 above as though fully set forth herein.

110.    The documents referenced in Paragraph 110 of the Counterclaim speak for themselves. Further answering, Paragraph 110 of the Counterclaim states a legal conclusion which requires no answer by Acumentrics.

111.    Acumentrics denies the allegations set forth in Paragraph 111 of the Counterclaim.

112.    Acumentrics denies the allegations set forth in Paragraph 112 of the Counterclaim.

<u>Count X</u>

<u>Breach of M.G.L. ch. 93A</u>

113.    Acumentrics incorporates its responses to Paragraphs 1 through 112 above as though fully set forth herein.

114.    Acumentrics denies the allegations set forth in Paragraph 114 of the Counterclaim.

115.    Acumentrics denies the allegations set forth in Paragraph 115 of the Counterclaim.

116.    Acumentrics denies the allegations set forth in Paragraph 116 of the Counterclaim.

Case 1:04-cv-10143-JLT    Document 5    Filed 04/16/2004    Page 15 of 16

117.    Acumentrics denies the allegations set forth in Paragraph 117 of the Counterclaim.

118.    Acumentrics denies the allegations set forth in Paragraph 118 of the Counterclaim.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Counterclaim fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The Counterclaim is barred in whole or in part by the doctrine of waiver.

### THIRD AFFIRMATIVE DEFENSE

The Counterclaim is barred in whole or in part by the doctrine of estoppel.

### FOURTH AFFIRMATIVE DEFENSE

The Counterclaim is barred in whole or in part by GDC4S's own acts, omissions and/or course of conduct.

### FIFTH AFFIRMATIVE DEFENSE

The Counterclaim is barred as a matter of public policy.

### SIXTH AFFIRMATIVE DEFENSE

The Counterclaim is barred by GDC4S' own breach of contract.

### SEVENTH AFFIRMATIVE DEFENSE

The Counterclaim is barred by GDC4S' wrongful conduct.

### EIGHTH AFFIRMATIVE DEFENSE

The Counterclaim is barred by GDC4S' failure to mitigate its damages.

15

## NINTH AFFIRMATIVE DEFENSE

The Counterclaim is barred by GDC4S' unclean hands.

## TENTH AFFIRMATIVE DEFENSE

Acumentrics reserves the right to add such other and further defenses as become apparent during the course of discovery.

WHEREFORE, in addition to the requests for relief set forth in its Complaint, plaintiff Acumentrics Corporation, hereby requests that this Honorable Court:

1.   Enter judgment in favor of Acumentrics on all claims asserted against it by GDC4S.

2.   Award the plaintiff its costs, interest, and attorneys' fees incurred in defending against the Counterclaim ; and

3.   Award the plaintiff such other relief as the Court deems just.

Respectfully submitted,

ACUMENTRICS CORPORATION
By its attorneys,

_____
Robert R. Pierce (BBO#549172)
Christopher D. Engebretson (BBO#635636)
Pierce & Mandell, P.C.
11 Beacon Street
Suite 800
Boston, MA 02108
(617) 720-2444

April 13, 2004

CERTIFICATE OF SERVICE
I hereby certify that on ~~Apr~~ 13, 2004_____, I caused a true copy of the above document to be served upon the attorney of record for each other party by ~~(hand delivery)~~/ first class mail, postage prepaid).

_____
Christopher D. Engebretson

16