AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Eastern | District of | Massachusetts |

ACUMENTRICS CORPORATION,
Plaintiff

V.

GENERAL DYNAMICS CORPORATION and
GENERAL DYNAMICS C4 SYSTEMS, INC.,
Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10143 ~~GAO~~ JLT

SCANNED
DATE: 4-19-04
BY: CMG

TO: (Name and address of Defendant)

General Dynamics Corporation
c/o CT Corporation
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert R. Pierce
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: JAN 22 2004



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

April 9, 2004
I hereby certify and return that on 2/23/2004 at 12:55:00 PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to C.Bonney,Process Clerk & agent in charge of its business, agent, person in charge at the time of service for General Dynamacis Corporation, at , 101 Federal Street, C/O CT Corporaiton Systems Boston, MA 02105. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   John Cotter                                        _____
                                                                     Deputy Sheriff

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|--------|----------|-------------|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                 Signature of Server

                                 _____
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.