FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUN 17 P 3:54

U.S. DISTRICT COURT
DISTRICT OF MASS.

ACUMENTRICS CORPORATION,

    Plaintiff,

    v.

GENERAL DYNAMICS CORPORATION
and GENERAL DYNAMICS C4 SYSTEMS,
INC.,

    Defendants.

Civil Action No. 04-10143-JLT

### LOCAL RULE 16.1(D) JOINT STATEMENT

The parties submit the following joint statement in accordance with Local Rule 16.1(D).

**1.**     **Joint Discovery Plan and Schedule**

The parties jointly propose the following discovery plan and schedule:

| Stage of Discovery | Date |
|---|---|
| Deadline to amend pleadings | October 26, 2004 |
| All fact discovery completed, including depositions | December 30, 2004 |
| Service of expert reports on issues as to which a party bears the burden of proof | January 25, 2005 |
| Service of responsive expert reports | February 25, 2005 |
| Service of rebuttal expert reports | March 15, 2005 |
| Depositions of experts completed | April 13, 2005 |
| Rule 56 motions filed | May 24, 2005 |
| Rule 56 oppositions filed | June 15, 2004 |
| Pretrial conference | July 2005 |
| Trial | September 2005 |

FHBoston/1066642.2

2.  **Phased Discovery**

The parties have determined that conducting "phased discovery" would be neither beneficial nor desirable in this matter.

3.  **Trial by Magistrate Judge**

The parties do not consent to a trial by a magistrate judge.

4.  **Local Rule 16.1(D)(3) Certifications**

Certifications pursuant to Local Rule 16.1(D)(3) are filed by the parties separately.

5.  **Settlement Offers**

The parties state that they have engaged in settlement negotiations, including face to face negotiations, but are unable to resolve the dispute at this time.

Respectfully submitted,

| ACUMENTRICS CORPORATION | GENERAL DYNAMICS CORPORATION and GENERAL DYNAMICS C4 SYSTEMS, INC., |
|---|---|
| By its attorneys, | By its attorneys, |
| *Robert R. Pierce/MPB* | *Michael P Boudett* |
| Robert R. Pierce, BBO No. 549172 | Michael P. Boudett, BBO No. 558757 |
| Christopher D. Engebretson, BBO No. 635636 | Carter D. Morse, Jr., BBO No. 636645 |
| PIERCE & MANDELL, P.C. | FOLEY HOAG LLP |
| 11 Beacon Street, Suite 800 | 155 Seaport Boulevard |
| Boston, MA 02108 | Boston, MA 02210-2600 |
| (617) 720-2444 | (617) 832-1000 |

Dated: June 17, 2004