UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 21 P 3: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

ACUMENTRICS CORPORATION,

Plaintiff,

v.

GENERAL DYNAMICS CORPORATION
and GENERAL DYNAMICS C4 SYSTEMS,
INC.,

Defendants.

Civil Action No. 04-10143-JLT

## RULE 16(D)(3) CERTIFICATIONS OF DEFENDANTS GENERAL DYNAMICS CORPORATION AND GENERAL DYNAMICS C4 SYSTEMS, INC.

Defendants General Dynamics Corporation ("GD Corporation") and General Dynamics C4 Systems, Inc. ("GDC4S") (collectively, "Defendants") and their undersigned counsel hereby certify that they have conferred and have established a budget for the cost of conducting the full course of this litigation, including various alternative scenarios.

Defendants and counsel have also conferred in order to consider alternative dispute resolution ("ADR"), but it is believed that until Defendants have the opportunity to take discovery of the Plaintiff, ADR would not be fruitful.

FHBoston/1066634.1

Respectfully submitted,

GENERAL DYNAMICS CORPORATION
and
GENERAL DYNAMICS C4
SYSTEMS, INC.,

By their attorneys,

_____
Michael P. Boudett, BBO No. 558757
Carter D. Morse, Jr., BBO No. 636645
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000


GENERAL DYNAMICS CORPORATION


_____
By:   David A. Savner
      Seniro Vice President and General Counsel, Secretary


Dated: June ___, 2004


GENERAL DYNAMICS C4 SYSTEMS, INC.


_____
By:   Luke Seward
      Vice President & Deputy General Counsel


Dated: June ___, 2004

JUN. 18. 2004 11:17AM   GENERAL DYNAMICS                                  NO. 542   P. 3

Respectfully submitted,

GENERAL DYNAMICS CORPORATION
and
GENERAL DYNAMICS C4
SYSTEMS, INC.,

By their attorneys,

_____
Michael P. Boudett, BBO No. 558757
Carter D. Morse, Jr., BBO No. 636645
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000


GENERAL DYNAMICS CORPORATION

_____
By:   David A. Savner
      Senior Vice President and General Counsel, Secretary


Dated: June 18, 2004


GENERAL DYNAMICS C4 SYSTEMS, INC.,

_____
By:   Luke Seward
      Vice President & Deputy General Counsel


Dated: June 18, 2004


FHBoston/1066634.1                           - 2 -

## CERTIFICATE OF SERVICE

I, Michael P. Boudett, hereby certify that I caused a true copy of the above document to be served upon the attorney of record for each other party by HAND DELIVERY on June 21, 2004.

/s/ Michael P. Boudett
Michael P. Boudett