UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUN 21 P 2:32
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| ACUMENTRICS CORPORATION, )<br>Plaintiff )<br> )<br>v. )<br> )<br>GENERAL DYNAMICS CORPORATION )<br>AND GENERAL DYNAMICS C4 )<br>SYSTEMS, INC., )<br>Defendants )<br> )<br> ) | C.A. No. 04-10143-JTL |

**PLAINTIFF'S CERTIFICATION PURSUANT TO LR 16.1(D)(3)**

The plaintiff and its counsel certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Gary Mook
President
Acumentrics Corporation

_____
Christopher D. Engebretson (BBO#635636)
PIERCE & MANDELL, P.C.
11 Beacon Street
Suite 800
Boston, MA 02108
(617) 720-2444

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2004, I served the foregoing Certification Pursuant to LR 16.1(d)(3) on the below listed counsel of record by mail.

Michael P. Boudett, Esq.
Foley Hoag LLP
Seaport World Trade Center West
115 Seaport Boulevard
Boston, MA 02210-2600

_____
Christopher D. Engebretson