UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ACUMENTRICS CORPORATION,    Plaintiff, | *<br>*<br>* | |
| v. | *<br>* | Civil Action No. 04-10143-JLT |
| GENERAL DYNAMICS CORPORATION and GENERAL DYNAMICS C4 SYSTEMS, INC.,    Defendants. | *<br>*<br>*<br>*<br>* | |

ORDER

June 22, 2004

TAURO, J.

After the Conference on June 22, 2004, the court hereby orders that:

1. Plaintiff may depose Gary Mook, Garrett deBorst, and Warren Zeigler;

2. Defendants may depose Chris Marzilli and Michael Harris;

3. The abovementioned depositions must be completed by October 29, 2004; and

4. A Further Conference will be held on November 15, 2004 at 10:00 a.m.

IT IS SO ORDERED.

    /S/ Joseph L. Tauro
United States District Judge