UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACUMENTRICS CORPORATION,

Plaintiff,

v.

GENERAL DYNAMICS CORPORATION
and GENERAL DYNAMICS C4 SYSTEMS,
INC.,

Defendants.

Civil Action No. 04-10143-JLT

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate to dismiss the above-captioned action WITHOUT prejudice.

Respectfully submitted,

GENERAL DYNAMICS CORPORATION and
GENERAL DYNAMICS C4 SYSTEMS, INC.,

By its attorneys,

_____
Michael P. Boudett, No. 558757
Carter D. Morse, Jr., No. 636645
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Dated: August 5, 2004

ACUMENTRICS CORPORATION,

By its attorneys,

_____
Robert R. Pierce, No. 549172
Christopher D. Engebretson, No. 635636
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
(617) 720-2444

Dated: August 5, 2004